JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| HORACE G. FRIEND,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES ATTORNEY<br>GENERAL, et al.,<br><br>    Respondents. | CASE NO.  SACV 09-0165-JVS (ANx)<br><br>**FINAL JUDGMENT** |

This matter is before the Court on Respondents' (collectively, "the Government") motion for summary judgment and Petitioner Horace G. Friend's cross-motion for summary judgment.  Having considered these motions, the Court hereby GRANTS the Government's motion and DENIES Friend's motion. Accordingly, the Court enters final judgment in favor of the Government.  All other pending motions, including discovery motions, are hereby DENIED as moot.

    IT IS SO ORDERED.

DATE: April 30, 2010

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Case No. 09-cv-00165-JVS-AN

The undersigned hereby certifies that on May 3, 2010, I served the foregoing Proposed Final Judgment, pursuant to the district court's ECF system as to ECF filers. In addition, I have caused to be mailed a copy of the Proposed Final Judgment to Petitioner at the following address:

HORACE G. FRIEND
2564 E. Elsiena Way
Anaheim, CA 92806

and e-mailed a copy to Petitioner at the following address:

hfriend@roadrunner.com

/s/ Craig A. Defoe
CRAIG A. DEFOE INB 2707849
E-mail: craig.defoe@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4114
Facsimile: (202) 305-7000

Attorney for Respondents